RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE __10/31/06__
       6B

# United States District Court
## Western District of Louisiana
### Lafayette Division

UNITED STATES OF AMERICA
v.
WILTON J. MORGAN, JR.

AMENDED JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)
Case Number: 6:03CR60044-001

Date of Original Judgment: 9/27/2004
(or Date of Last Amended Judgment)

Carol Whitehurst.
Defendant's Attorney

**Reason for Amendment:**
Correction of Sentence on Remand (Fed.R. Crim.P.35(a))

## THE DEFENDANT:
[✔] pleaded guilty to count(s): 1 of the Indictment .
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.
Accordingly, the court had adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon | 3/11/2004 | 1 |

The defendant is sentenced as provided in pages 2 through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[✔] Count(s) 2 & 3 of the Indictment  is/are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and US Attorney of any material change in the defendant's economic circumstances.

10/30/06
Date of Imposition of Judgment

_/s/ Richard T. Haik_
Signature of Judicial Officer

Defendant's USM No.: 12015-035

RICHARD T. HAIK, Chief United States District Judge
Name & Title of Judicial Officer

10/30/06
Date

AO 245B (Rev. 01/01) Sheet 2 - Imprisonment

CASE NUMBER: 6:03CR60044-001
DEFENDANT: WILTON J. MORGAN, JR.

Judgment - Page 2 of 6

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **18 months**.

Credit for time served.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[✔] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [✔] before **2:00 P.M.** on **10/27/2004**.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B (Rev. 01/01) Sheet 3 - Supervised Release

CASE NUMBER: 6:03CR60044-001
DEFENDANT: WILTON J. MORGAN, JR.

Judgment - Page 3 of 6

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 1 years.

## MANDATORY CONDITIONS (MC)

1. The defendant shall report to the probation office in the district to which the defendant is released within release from the custody of the Bureau of Prisons.
2. The defendant shall not commit another federal, state, or local crime.
3. The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

4. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as direc probation officer.

[ ] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✔] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the de such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordan Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below) shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION (SC)

1. the defendant shall not leave the judicial district without permission of the court or probation officer;
2. the defendant shall report to the probation officer and shall submit a truthful and complete written report w days of each month;
3. the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the prob
4. the defendant shall support his or her dependants and meet other family responsibilities;
5. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooli other acceptable reasons;
6. the defendant shall notify the probation officer at least ten days prior to any change in residence or employn
7. the defendant shall refrain from excessive use of alcohol; and shall not purchase, possess, use, distribute, o controlled substance, or any paraphernalia related to such controlled substance, except as prescribed by a p
8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or a
9. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with convicted of a felony unless granted permission to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall confiscation of any contraband observed in plain view of the probation officer;
11. the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by enforcement officer;
12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforceme without the permission of the court;
13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned b defendant's criminal record or personal history or characteristics, and shall permit the probation officer to mi notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION (SP)

Pursuant to the 1994 Crime Control Bill, the defendant shall submit to one drug test within placement on supervised release and at least two periodic drug tests thereafter, as directed United States Probation Office. Should the United States Probation Office feel an additional testing and/or counseling, the defendant shall participate in an outpatient or an inpatient pr approved by the United States Probation Office for substance abuse which may include dru testing.

AO 245B (Rev. 01/01) Sheet 3 - Supervised Release
CASE NUMBER: 6:03CR60044-001
DEFENDANT: WILTON J. MORGAN, JR.
Judgment - Page 4 of 6

AO 245 S (Rev. 1/01) Sheet 5, Part B - Criminal Monetary Penalties

CASE NUMBER:    6:03CR60044-001
DEFENDANT:           WILTON J. MORGAN, JR.

Judgment - Page 5 of 6

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Sch forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100.00 | $ | $ |

[ ] The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (A( be entered after such determination.

[ ] The defendant shall make restitution (including community restitution) to the following payees in below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional specified otherwise in the priority order of percentage payment column below. However, pursuant to non-federal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---|---|---|---|
| TOTALS: | $ ___ | $ ___ | |

[ ] If applicable, restitution amount ordered pursuant to plea agreement .......... $____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _.

[ ] The determination of restitution is deferred in a case brought under Chapters 109A, 100, 110A an offenses committed on or after 09/13/1994, until up to 60 days. An amended Judgment in a Crim entered after such determination.

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered

    [ ] The interest requirement for the fine is waived.

    [ ] The interest requirement for the fine is modified as follows:

## RESTITUTION

[ ] The court modifies or waives interest on restitution as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245 S (Rev. 1/01) Sheet 5, Part B - Criminal Monetary Penalties

CASE NUMBER: 6:03CR60044-001
DEFENDANT: WILTON J. MORGAN, JR.

Judgment - Page 6 of 6

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) (5) interest; (6) penalties.

Having assessed the defendant's ability to pay, payment of the total fine and other criminal monet due as follows:

A [ ] Lump sum of $ _ due immediately, (balance due (in accordance with C, D, or E); or

B [✓] Payment to begin immediately (may be combined with C, D, or E below); or

C [ ] not later than _ ; or

D [ ] in installments to commence _ day(s) after the date of this judgment.

E [ ] in _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ year(s) to co after

Special instructions regarding the payment of criminal monetary penalties:


[ ] Joint and Several

| Case Number (Including defendant number) | Defendant Name | Joint and Several Amount |

[ ] The defendant shall pay the cost of prosecution.

[] The defendant shall pay the following court costs:

[ ] The defendant shall forfeit the defendant's interest in the following property to the United Stat

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary payments are to be made as directed by the court, the probation officer, or the United States Attorney.